In the Matter of LITTLE HOME FOR FRIENDLESS ANIMALS, INC., Appellant, against RUSSELL P. KOEHLER et al., as Members of the Zoning Board of Appeals of the Town of Islip, Respondents.— In a proceeding to procure from the zoning board of appeals of the town of Islip a permit to maintain a dog kennel, order denying appellant's motion to compel issuance of such permit unanimously affirmed, with $10 costs and disbursements. Appellant did not establish the existence of a nonconforming use of the property at the time of the application for a permit. (*Curtiss-Wright Corp.* v. *Village of Garden City*, 270 App. Div. 936, affd. 296 N. Y. 839.)   Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.   [See *post*, p. 910.]

In the Matter of the Accounting of ELIZABETH MILLER, as Administratrix of the Estate of CHARLES J. MILLER, Deceased, Appellant. FRED GOTTHART et al., Respondents.— In an accounting proceeding in the Surrogate's Court, Queens County, order denying motion of the administratrix to examine a claimed creditor of the estate before trial, affirmed, with $10 costs and disbursements to respondent Gotthart, payable out of the estate. No opinion. Lewis, P. J., Carswell, Johnston and Wenzel, JJ., concur; Adel, J., not voting.

In the Matter of the Application of SYLVIA RAND, Appellant, as Assignee of the Judgment Obtained in Municipal Court of the City of New York, Borough of Brooklyn, for Leave to Issue Execution in an Action Entitled ISAAC ELLMAN, Plaintiff, v. PAULINE DIAMOND, Defendant-Respondent.— Appeal from an order denying a motion for leave to issue execution pursuant to sections 651 and 652 of the Civil Practice Act; and from a further order denying a motion denominated as one for "reargument". Orders reversed on the law and the facts, with one bill of $10 costs and disbursements to appellant, and the issue of service raised by the affidavits referred to an official referee to hear and report, with his opinion, to Special Term, Part I, of the Supreme Court, Kings County. If, after such hearing, it be found that the judgment was properly obtained and is unpaid and unsatisfied, the motion for leave to issue execution should be granted. (*Matter of Molnar*, 253 App. Div. 895.)   The motion misnamed by appellant as one for "reargument" was, in fact, an application for leave to renew upon additional papers and as such, an appeal will lie from the order entered thereon. (*Seletsky* v. *Third Ave. R. R. Co.*, 44 App. Div. 632; *City of New York* v. *Montague*, 149 App. Div. 601.)   Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

MERCHANTS SALES CO., INC., Appellant, v. SUZANNE PROCESSED OIL CO., Defendant. STABILE BANK & TRUST CO., Respondent.— Appeal by plaintiff from an order vacating the service of a warrant of attachment, and the levy thereunder, upon respondent's interest in a bill of lading. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

ISIDOR NEUWIRTH, Respondent, v. PHILIP MELVIN, Appellant.— Action to recover value of legal services rendered by plaintiff to defendant's wife in connection with a suit for separation. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Appeal from order dismissed, without costs. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.   [See *post*, p. 900.]

JOSEPHINE PALERMO, Respondent, v. THOMAS PALERMO, Appellant.— Appeal by defendant from an order granting plaintiff's application under section 1171-b of the Civil Practice Act to enter a money judgment for arrears of alimony payable under a judgment of divorce. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.